IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:06CR3056 |
| MICHELLE MILTON and DION LAMONT WALKER, | ) ) ) ) |
| Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on defendant Milton's Unopposed Motion to Continue Trial, filing 21, from July 31, 2006, to a date and time convenient to this Court approximately 90 days following July 31, 2006. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the trial <u>as to both defendants</u> is continued until the 6th day of November, 2006, at 9:00 a.m. The defendants are ordered to appear at said time. This Court further finds that, based upon the showing set forth in defendant Milton's motion, the ends of justice will be served by continuing the trial; and that continuing the trial in this case outweighs the best interest of the defendants and the public in a speedy trial, because trial preparation requires defense counsel for defendant Milton to have results from testing of the evidence. Accordingly, the time between July 20, 2006 and the date now set shall be excluded as to both defendants for speedy trial calculation purposes pursuant to 18 U.S.C. § 3161(h)(8)(a).

DATED this 21st day of July, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge