IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:06CR3056 |
| MICHELLE MILTON and DION LAMONT WALKER, | ) ) ) ) | |
| Defendants. | ) | |

### ORDER

THIS MATTER comes before the Court on defendant Milton's Unopposed Motion to Continue Trial, filing 24, from November 6, 2006, to a date and time convenient to this Court approximately 60 days following November 6, 2006. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the trial **as to both defendants** is continued until the 8th day of January, 2007, at 9:00 a.m. The defendants are ordered to appear at said time. This Court further finds that, based upon the showing set forth in Motion, the ends of justice will be served by continuing the trial; and that continuing the trial in this case outweighs the best interest of the defendants and the public in a speedy trial. Accordingly, the time between November 6, 2006, and the date now set shall be excluded for speedy trial calculation purposes pursuant to 18 U.S.C. § 3161(h)(8)(a).

DATED this 13th day of October, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge