IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:06CR3056 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHELLE LAVETTE MILTON, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

The defendant has moved for a thirty-day continuance of his plea hearing, (filing 52), stating he needs additional time to negotiate with the government regarding the final terms of his plea agreement. The government does not object to this continuance.

IT IS ORDERED:

1. The defendant's unopposed motion for a continuance of the plea hearing, filing 52, is granted, and the hearing on the defendant's anticipated plea of guilty is continued to April 23, 2007 at 10:00 a.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Defendant shall appear at this hearing.

2. The ends of justice will be served by granting the motion for continuance, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, (the time between today's date and April 23, 2007) shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the defendant and his counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated: March 19, 2007

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge