IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:06CR3056 |
|---|---|---|
| Plaintiff, | ) | **A M E N D E D** |
| | ) | O R D E R |
| -vs- | ) | |
| MICHELLE MILTON, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's motion to transport, filing 59. Defendant is indigent and in need of non-custodial transportation to Lincoln, NE, to attend her change of plea hearing in the above captioned matter. Being fully advised in the premises, this Court finds that said motion should be granted.

ACCORDINGLY, IT IS ORDERED:

1. That defendant's motion is granted **in part**; and on the court's own motion, the matter is continued to **May 10, 2007**, at **3:00 p.m.**

2. That the U.S. Marshals shall provide non-custodial air transportation and subsistence (including lodging, if necessary) for defendant to travel from Sacramento, CA, to Lincoln, NE, to attend her change of plea hearing on **May 10, 2007**, at **3:00 p.m. Said travel may be the less expensive of either ground transportation with subsistence or air travel with subsistence.**

3. That the U.S. Marshals shall arrange said transportation so that the defendant arrives in Lincoln, NE, no later than 2:00 p.m. on Wednesday, May 9, 2007.

DATED this 1st day of May, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge