IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:06CR3056 |
| | ) | |
| MICHELLE MILTON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Extend Deadline For Filing The Sentencing Statement and Downward Departure Motions, filing 82, from Thursday, July 12, 2007, until Friday, July 20, 2007. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant's deadline for filing the sentencing statement and any downward departure motions shall be extended until July 20, 2007.

July 9, 2007.                          BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge