IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:06CR3056 |
| MICHELLE MILTON, | ) ) ) |
| Defendant. | ) ) |

## ORDER

THIS MATTER comes before the Court on Defendant's Motion to Withdraw Filings 89 and 90. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Filings 89 and 90 are withdrawn and that the correct documents (filings 93 and 94) are deemed timely filed.

Dated thisn 24th day of July, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge