IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:06CR3056 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DION WALKER, | ) | |
| MICHELLE MILTON, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 12th day of September, 2007, this matter comes on before the Court upon the United States' Motion to Strike Final Order of Forfeiture, Return Property, Close Forfeiture Case and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

IT IS THEREFORE ORDERED as follows:

1. The United States' Motion to Strike Final Order of Forfeiture, Return Property and Close Forfeiture Case is hereby sustained.

2. This Court's Final Order of Forfeiture (Filing No. 97) is hereby stricken.

3. The U.S. Marshals Service shall send $578.00 to the Defendant, Michelle Milton, by delivering the same to her at the address 4052 Taylor Street, #128, Sacramento, California 95838.

4. The Court will then issue an Order closing this case.

BY THE COURT:

s/ *RICHARD G. KOPF*
United States District Judge